# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| In re: SEASIDE DISTRIBUTORS LLC | § Case No. 16-19908-RAG |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GEORGE W. LIEBMANN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00   Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,589.44   Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $2,910.56

---

3) Total gross receipts of $ 6,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $52,920.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,910.56 | 2,910.56 | 2,910.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,020.00 | 1,020.00 | 1,020.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 421,831.66 | 1,215,384.85 | 751,270.05 | 2,569.44 |
| **TOTAL DISBURSEMENTS** | $421,831.66 | $1,272,235.41 | $755,200.61 | $6,500.00 |

    4) This case was originally filed under Chapter 7 on July 25, 2016. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2017     By: /s/GEORGE W. LIEBMANN, TRUSTEE
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TOYOTA FORKLIFT | 1129-000 | 3,400.00 |
| CATERPILLAR FORLKIFT | 1129-000 | 3,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Estate of Stanley J. Smuck | 4110-000 | N/A | 26,460.00 | 0.00 | 0.00 |
| 1S-2 | Estate of Stanley J. Smuck | 4110-000 | N/A | 26,460.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$52,920.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 1 Trustee Compensation - LIEBMANN & SHIVELY, P.A. | 2100-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| 1 Trustee Expenses - LIEBMANN & SHIVELY, P.A. | 2200-000 | N/A | 84.50 | 84.50 | 84.50 |
| 1 Attorney for Trustee Fees (Trustee Firm) - blank | 3110-000 | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Auctioneer for Trustee Fees (including buyers premiums) - ATLANTIC AUCTIONS, INC. | 3610-000 | N/A | 650.00 | 650.00 | 650.00 |
| Auctioneer for Trustee Expenses - ATLANTIC AUCTIONS, INC. | 3620-000 | N/A | 750.00 | 750.00 | 750.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - INSURANCE PARTNERS AGENCY, INC. | 2300-000 | N/A | 6.06 | 6.06 | 6.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,910.56** | **$2,910.56** | **$2,910.56** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Comptroller of the Treasury | 5800-000 | N/A | 1,020.00 | 1,020.00 | 1,020.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$1,020.00** | **$1,020.00** | **$1,020.00** |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Estate of Stanley J. Smuck | 7100-000 | 76,860.00 | 464,114.80 | 0.00 | 0.00 |
| 1U-2 | Estate of Stanley J. Smuck | 7100-000 | N/A | 464,114.80 | 464,114.80 | 1,587.33 |
| 2 | Louisiana Lift & Equipment | 7100-000 | 577.12 | 1,321.31 | 1,321.31 | 4.52 |
| 3 | BMO Harris Bank N.A. | 7100-000 | N/A | 134,049.09 | 134,049.09 | 458.47 |
| 4 | VFS Leasing Co. | 7100-000 | N/A | 64,319.54 | 64,319.54 | 219.98 |
| 5 | Merchant Cash & Capital LLC | 7100-000 | 88,000.00 | 87,375.31 | 87,375.31 | 298.83 |
| 6U | Comptroller of the Treasury | 7100-000 | N/A | 90.00 | 90.00 | 0.31 |
| NOTFILED | Ohio Casualty Insurance c/o Don A. Leviton, Esq. | 7100-000 | 24,040.26 | N/A | N/A | 0.00 |
| NOTFILED | Network Fleet | 7100-000 | 5,800.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Jason Miller | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Martin Bentz | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Mutual Insurance Co. Bankruptcy Notice Dept | 7100-000 | 24,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gulf Atlantic Fisheries | 7100-000 | 11,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Pilot | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Lighthouse Group LLC Tony Campbell | 7100-000 | 9,535.94 | N/A | N/A | 0.00 |
| NOTFILED | Travelers Insurance Co | 7100-000 | 14,093.00 | N/A | N/A | 0.00 |
| NOTFILED | Roberts Oxygen | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | State of Maryland Division of Unemployment | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Parish Truck Sales | 7100-000 | 1,630.91 | N/A | N/A | 0.00 |
| NOTFILED | Elan - Bank of Glen Burnie | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Credit Card Service | 7100-000 | 18,822.40 | N/A | N/A | 0.00 |
| NOTFILED | Comptroller of Maryland IFTA - Revenue Admin. Div. | 7100-000 | 1,165.28 | N/A | N/A | 0.00 |
| NOTFILED | Commercial Credit Group Inc. Amy Jakubowski | 7100-000 | 27,800.32 | N/A | N/A | 0.00 |
| NOTFILED | Baltimore County Maryland Historic Courthouse | 7100-000 | 9,193.59 | N/A | N/A | 0.00 |
| NOTFILED | Baltimore County, Maryland Bureau of Utilities | 7100-000 | 712.84 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$421,831.66** | **$1,215,384.85** | **$751,270.05** | **$2,569.44** |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-19908-RAG  
**Case Name:** SEASIDE DISTRIBUTORS LLC

**Trustee:** (400290) GEORGE W. LIEBMANN, TRUSTEE  
**Filed (f) or Converted (c):** 07/25/16 (f)  
**§341(a) Meeting Date:** 08/22/16  

**Period Ending:** 10/19/17

**Claims Bar Date:** 11/03/16

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | On 01/07/2016 the Landlord seized equipment Imported from original petition Doc# 1 | 0.00 | 4,000.00 | | 0.00 | FA |
| 2 | TOYOTA FORKLIFT | 3,400.00 | 3,400.00 | | 3,400.00 | FA |
| 3 | CATERPILLAR FORLKIFT | 3,100.00 | 3,100.00 | | 3,100.00 | FA |
| 3 | **Assets Totals** (Excluding unknown values) | **$6,500.00** | **$10,500.00** | | **$6,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    8/24 app employ auctioneer, BSC America (Bill Hudson)

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017       **Current Projected Date Of Final Report (TFR):**   March 9, 2017   (Actual)

Printed: 10/19/2017 12:53 PM     V.13.30

Exhibit 9

Page: 1

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-19908-RAG  
**Case Name:** SEASIDE DISTRIBUTORS LLC  
**Taxpayer ID #:** **-***3138  
**Period Ending:** 10/19/17  

**Trustee:** GEORGE W. LIEBMANN, TRUSTEE (400290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2866 - Checking Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/30/16 | | ATLANTIC AUCTIONS, INC. | PROCEEDS OF AUCTION SALE | | | 5,100.00 | | 5,100.00 |
| | {3} | | GROSS PROCEEDS OF AUCTION SALE | 3,100.00 | 1129-000 | | | 5,100.00 |
| | {2} | | GROSS PROCEEDS OF SALE TOYOTA | 3,400.00 | 1129-000 | | | 5,100.00 |
| | | | AUCTIONEER COMMISSION | -650.00 | 3610-000 | | | 5,100.00 |
| | | | AUCTIONEER TRANSPORTATION EXPENSE | -750.00 | 3620-000 | | | 5,100.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,090.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,080.00 |
| 03/02/17 | 101 | INSURANCE PARTNERS AGENCY, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #16-19908, Policy #3792891 | | 2300-000 | | 6.06 | 5,073.94 |
| 05/30/17 | 102 | Estate of Stanley J. Smuck | Dividend paid  0.34% on $464,114.80; Claim# 1U-2; Filed: $464,114.80; Reference: | | 7100-000 | | 1,587.33 | 3,486.61 |
| 05/30/17 | 103 | BMO Harris Bank N.A. | Dividend paid  0.34% on $134,049.09; Claim# 3; Filed: $134,049.09; Reference: X7044 | | 7100-000 | | 458.47 | 3,028.14 |
| 05/30/17 | 104 | VFS Leasing Co. | Dividend paid  0.34% on $64,319.54; Claim# 4; Filed: $64,319.54; Reference: X5734 | | 7100-000 | | 219.98 | 2,808.16 |
| 05/30/17 | 105 | Merchant Cash & Capital LLC | Dividend paid  0.34% on $87,375.31; Claim# 5; Filed: $87,375.31; Reference: XM856 | | 7100-000 | | 298.83 | 2,509.33 |
| 05/30/17 | 106 | LIEBMANN & SHIVELY, P.A. | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | | 1,484.50 | 1,024.83 |
| | | | Dividend paid 100.00% on $1,400.00;  Claim# ; Filed: $1,400.00 | 1,400.00 | 2100-000 | | | 1,024.83 |
| | | | Dividend paid 100.00% on $84.50;  Claim# ; Filed: $84.50 | 84.50 | 2200-000 | | | 1,024.83 |
| 05/30/17 | 107 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | 7100-000 | | 4.52 | 1,020.31 |
| 05/30/17 | 108 | Comptroller of the Treasury | Combined Check for Claims#6U,6P | | | | 1,020.31 | 0.00 |
| | | | Dividend paid  0.34% on $90.00;  Claim# 6U; Filed: $90.00 | 0.31 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $1,020.00;  Claim# | 1,020.00 | 5800-000 | | | 0.00 |

Subtotals :   $5,100.00   $5,100.00

{} Asset reference(s)

Printed: 10/19/2017 12:53 PM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 16-19908-RAG | | **Trustee:** | GEORGE W. LIEBMANN, TRUSTEE (400290) |
|---|---|---|---|---|
| **Case Name:** | SEASIDE DISTRIBUTORS LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******2866 - Checking Account |
| **Taxpayer ID #:** | **-***3138 | | **Blanket Bond:** | $3,000,000.00  (per case limit) |
| **Period Ending:** | 10/19/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 6P; Filed: $1,020.00 | | | | |
| | | | **ACCOUNT TOTALS** | | 5,100.00 | 5,100.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,100.00 | 5,100.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,100.00** | **$5,100.00** | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******2866** | | 5,100.00 | 5,100.00 | 0.00 |
| | | **$5,100.00** | **$5,100.00** | **$0.00** |

{} Asset reference(s)    Printed: 10/19/2017 12:53 PM    V.13.30